# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. BRIGGS,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL CAPITOL CONTRACTING, LLC,<br><br>        Defendant. | Case No. 2:16-cv-00793-APG-CWH<br><br>**REPORT & RECOMMENDATION** |

On April 14, 2016, the court entered a screening order in which it dismissed Plaintiff Steven A. Briggs's complaint with leave to file an amended complaint within thirty days. (Order (ECF No. 2).) The court's order explicitly warned Plaintiff that failure to comply with the court's order would result in a recommendation that this action be dismissed. More than thirty days have passed, Plaintiff has not filed an amended complaint.

IT IS THEREFORE RECOMMENDED that this action be dismissed without prejudice.

## NOTICE

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 23, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**