# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN A. BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CAPITOL CONTRACTING, LLC,<br><br>　　　　　Defendant. | Case No. 2:16-cv-00793-APG-CWH<br><br>**ORDER ACCPETING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>(ECF No. 4) |

　　On June 23, 2016, Magistrate Judge Hoffman entered a report and recommendation that I dismiss this action because the plaintiff did not file an amended complaint as directed. ECF No. 4. Plaintiff Steven Briggs did not file an objection.

　　I nevertheless conducted a de novo review of the issues set forth in the report and recommendation. 28 U.S.C. § 636(b)(1).  Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

　　IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation (**ECF No. 4) is accepted and the complaint is dismissed without prejudice**.  The clerk of the court is instructed to close this case.

　　DATED this 3rd day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE